| | Fill in this information to identify the case: |
|---|---|
| Debtor 1 | Lawrence H. Zak |
| Debtor 2 (Spouse, if filing) | Janell M. Zak |
| United States Bankruptcy Court for the: | Eastern District of WI (State) |
| Case number | 21-24503-beh |

FILED-MAIL
2022 JAN 28 PM [illegible]
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Associated Bank, N.A.

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 2 0 3 4

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | POC & Plan Review 08/25/2021 | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1 **Lawrence H. Zak**
First Name   Middle Name   Last Name

Case number (if known) **21-24503-beh**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ e/s: *Melinda Wolle*
Signature

Date 01 / 26 / 2022

Print: **Melinda Wolle**
First Name   Middle Name   Last Name

Title: Default Services Coordinator

Company: **Associated Bank, N.A.**

Address: **1305 Main Street**
Number   Street
Stevens Point, WI 54481
City   State   ZIP Code

Contact phone ( 800 ) 337 - 4641

Email n/a

 

1305 Main St.
Stevens Point, WI 54481
800-337-4641 PHONE
715-345-4578 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Notice of Mortgage Post-Petition Fees, Expenses, and Charges,</u> was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on <u>January 26, 2022.</u>

*Lawrence H. and Janell M. Zak*
*1224 Jameson Way*
*Little Suamico, WI 54141*


*John A. Foscato*
*PO Bxo 11062*
*Green Bay, WI 54307*


*Rebecca R Garcia*
*Chapter 13 Trustee*
*PO Box 3170*
*Oshkosh, WI 54903*


*Clerk of the Bankruptcy Court*
*517 East Wisconsin Avenue, Room 126*
*Milwaukee, WI 53202*



By: <u>e/s: Melinda Wolle</u>
     Melinda Wolle for Associated Bank

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

Equal Housing Lender and Equal Opportunity Lender. Member FDIC and Associated Banc-Corp.



1305 Main St.
Stevens Point, WI 54481
800-337-4641 PHONE
715-345-4578 FAX

January 26, 2022

Clerk of the Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

Re: Lawrence H. and Janell M. Zak
Case #21-24503
Loan #2034

Please find enclosed a notice of post-petition fees, expenses, and charges for the above-referenced mortgage loan with Associated Bank. Please file the notice and supporting documents as a supplement to claim #3. Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Melinda Wolle
Default Services Coordinator
Phone: 1-800-337-4641 Ext 3809
Fax: 715-345-4578

Cc: Debtor, Debtor Attorney, Trustee, Bankruptcy Court, File

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

Equal Housing Lender and Equal Opportunity Lender. Member FDIC and Associated Banc-Corp.